# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG CARSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEMGROUP ENERGY PARTNERS, L.P., SEMGROUP ENERGY PARTNERS G.P. LLC, KEVIN L. FOXX, GREGORY C. WALLACE and ALEX STALLINGS, <br><br> Defendants. | CIVIL ACTION NO. 08-CV-00425 <br><br> JUDGE GREGORY K. FRIZZELL |

**MOTION OF THE AZIZ GROUP TO CONSOLIDATE SIMILAR ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Samaan Aziz ("Mr. Aziz"), Parviz P. Pourfarid ("Pourfarid") and Kanto Elezaj ("Elezaj") (collectively "Movant" or the "Aziz Group") respectfully moves this Court for an order to consolidate all similar actions, to be appointed Co-Lead Plaintiff in this action against SemGroup Energy Partners, L.P. ("SemGroup" or the "Company") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of its selection of the law firm Kahn Gauthier Swick, LLC ("KGS") and Federman & Sherwood as Co-Lead Counsel.

The Aziz Group makes this motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because the Aziz Group has damages in excess of $350,000.00:

1. Aziz has incurred substantial losses in the amount of $139,443.72[1] as a result of his purchase of SemGroup units during the Class Period and pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with SemGroup's Initial Public Offering completed on or about July 23, 2007, as well as pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with SemGroup's Secondary Offering completed on or about February 20, 2008;

2. Pourfarid has substantial losses of $34,880.00; and

3. Elezaj has substantial losses of $36,812.56.

Each member of the Aziz Group satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23. The Aziz Group further requests that the Court approve the selection of its counsel, KGS and Federman & Sherwood as Co-Lead Counsel for the Class. KGS and Federman & Sherwood are nationally-recognized law firms with significant class action, securities and complex litigation experience, and are firms with resources to effectively and efficiently pursue this action.

---

[1] This figure is based on Mr. Aziz' losses pursuant to Section 11 of the Securities Act.

For all of the foregoing reasons, the Aziz Group respectfully requests that this Court: (1) consolidate all similar actions; (2) appoint the Aziz Group to serve as Co-Lead Plaintiff in this action; (3) approve its selection of Co-Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: September 19, 2008                         Respectfully submitted,

          ___s/William B. Federman_____
William B. Federman, OBA #2853
Stuart W. Emmons, OBA #12281
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405)  239-2112
wbf@federmanlaw.com
swe@federmanlaw.com

*Counsel for Samaan Aziz, Parviz Pourfarid and Kanto Elezaj and Proposed Co-Lead Counsel for the Class*

KAHN GAUTHIER SWICK, LLC
Kim E. Miller  (KM-9669)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone:   (212) 696-3730
Facsimile:   (504) 455-1498

And

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Samaan Aziz, Parviz Pourfarid and Kanto Elezaj and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

       I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on September 19, 2008.

                                      /s/ William B. Federman
                                      William B. Federman