**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: SEMGROUP ENERGY PARTNERS, L.P., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) 08-MD-1989-GKF-FHM<br>08-CV-425-GKF-FHM<br>08-CV-664-GKF-FHM<br>08-CV-737-GKF-FHM<br>08-CV-738-GKF-TLW<br>08-CV-739-GKF-FHM |

**FINAL ORDER AND JUDGMENT**

Pursuant to the court's Final Judgment and Order of Dismissal With Prejudice filed in Multidistrict Case No. 08-MD-1989-GKF-FHM on October 5, 2011 [Dkt. #361], certifying a class for settlement purposes, approving the settlement of the class action, and dismissing the multidistrict case with prejudice, judgment of dismissal with prejudice is hereby entered in each case filed in or transferred to this court by the United States Judicial Panel for Multidistrict Litigation pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings:

- *Craig Carson v. Semgroup Energy Partners, L.P., et al.,* Case No. 08-CV-425-GKF-PJC

- *Charles D. Maurer Simp Profit Sharing Plan F/B/O Charles D. Maurer v. Semgroup Energy Partners, L.P., et al., Case No. 08-CV-664-GKF-FHM* (originally Case No. 1:08-CV-6598-PAC (S.D.N.Y.))

- *William L. Hickman v. Semgroup Energy Partners, L.P., et al.,* Case No. 08-CV-737-GKF-FHM (originally Case No. 1:08-CV-7749-DAB (S.D.N.Y.))

- *Dharam V. Jain v. Semgroup Energy Partners, L.P., et al.*, Case No. 08-CV-738-GKF-TLW (originally Case No. 1:08-CV-7510-PAC (S.D.N.Y.))

- *Michael Rubin v. Semgroup Energy Partners, L.P., et al.,* Case No. 08-CV-739-GKF-FHM (originally Case No. 1:08-CV-7063-PAC (S.D.N.Y.))

ENTERED this 5th day of October, 2011.

*[signature]*
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma